Type: STATE LAND RECORDS
Recorded: 8/16/2018 8:30:00 AM
Fee Amt: $7.00 Page 1 of 1
Forsyth County, GA
Greg G. Allen Clerk Superior Ct

Participant ID(s): 6222132834,
  7067927936

**BK 8648  PG 196**

**GEORGIA**  PARCEL NO. 077 197
COUNTY OF **FORSYTH**

LOAN NO.: **0578212708**

WHEN RECORDED MAIL TO: ATTN: **CYNTHIA M. BROCK, FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402**, PH. 208-528-9895

# CORPORATE ASSIGNMENT

FOR VALUE RECEIVED, **NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING**, located at **55 BEATTIE PLACE, SUITE 110, MS#01, GREENVILLE, SC 29601**, Assignor, does this day transfer, assign, convey, and deliver unto **U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2018-A**, located at **C/O NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING 55 BEATTIE PLACE, SUITE 110, MS#001, GREENVILLE, SC 29601**, Assignee, its successors, representatives, and assigns, all of Assignor's right, title, and interest in and to that certain Security Deed in the principal sum of **$192,000.00**, dated **APRIL 11, 2008**, executed by **GLENN M. HEAGERTY**, Original Grantor, to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS NOMINEE FOR CAPITAL ONE HOME LOANS, LLC, ITS SUCCESSORS AND ASSIGNS**, Original Grantee, and filed for record and recorded on **MAY 08, 2008** in Deed Book **5125** at Page **365** in the Office of the Clerk of the Superior Court in the County of **FORSYTH**, State of **GEORGIA**.

**AS DESCRIBED IN SAID SECURITY DEED**

The Assignor herein specifically transfers, conveys and assigns to the above Assignee, its successors, representatives, and assigns the aforesaid Deed of Trust, the property described therein, together with all the powers, options, rights, privileges, and immunities contained therein on the undersigned.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this _7-25-18_.

**NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING**

**CYNTHIA M. BROCK, VICE PRESIDENT**

STATE OF **SOUTH CAROLINA**   COUNTY OF **GREENVILLE**   ) ss.

SIGNED, SEALED, AND DELIVERED in the presence of the below named Notary Public, as an official witness and below named unofficial witness, on _7-25-18_, by **CYNTHIA M. BROCK, VICE PRESIDENT**, of **NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING**:

Notary Public/Official Witness:
**TAMIAH B. KERNS**
(COMMISSION EXP. 4/21/2020)
NOTARY PUBLIC

Unofficial Witness:
Adam Dooley, Witness

SH8070117IM - AM - GA    Page 1 of 1    MIN: 100393220080832014
MERS PHONE: 1-888-679-6377

Type: STATE LAND RECORDS
Recorded: 1/2/2020 12:53:00 PM
Fee Amt: $25.00  Page 1 of 1
Forsyth County, GA
Greg G. Allen Clerk Superior Ct

Participant ID(s): 9562359654,
7067927936

## BK 9168  PG 317



**GEORGIA**

COUNTY OF **FORSYTH**
LOAN NO.: 0578212708

PARCEL NO. 077 197

WHEN RECORDED MAIL TO: ATTN: CYNTHIA M. BROCK, FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402, PH. 208-528-9895

## CORPORATE ASSIGNMENT

FOR VALUE RECEIVED, **U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2018-A**, located at 2121 ROSECRANS AVE, EL SEGUNDO, CA 90245, Assignor, does this day transfer, assign, convey, and deliver unto **U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2018-1**, located at 2121 ROSECRANS AVE, EL SEGUNDO, CA 90245, Assignee, its successors, representatives, and assigns, all of Assignor's right, title, and interest in and to that certain Security Deed in the principal sum of **$192,000.00**, dated **APRIL 11, 2008**, executed by **GLENN M. HEAGERTY**, Original Grantor, to **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), AS GRANTEE, AS NOMINEE FOR CAPITAL ONE HOME LOANS, LLC, ITS SUCCESSORS AND ASSIGNS**, Original Grantee, and filed for record and recorded on **MAY 08, 2008** in Deed Book **5125** at Page **365** in the Office of the Clerk of the Superior Court in the County of **FORSYTH**, State of **GEORGIA**.

**AS DESCRIBED IN SAID SECURITY DEED**

The Assignor herein specifically transfers, conveys and assigns to the above Assignee, its successors, representatives, and assigns the aforesaid Security Deed, the property described therein, together with all the powers, options, rights, privileges, and immunities contained therein on the undersigned.

IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this 12|20|2019.

**U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2018-A, BY NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING, ITS ATTORNEY IN FACT**

Stephanie Wessel, VICE PRESIDENT

STATE OF **SOUTH CAROLINA**     COUNTY OF **GREENVILLE**     ) ss.

SIGNED, SEALED, AND DELIVERED in the presence of the below named Notary Public, as an official witness and below named unofficial witness, on 12|20|2019, by Stephanie Wessel VICE PRESIDENT, of **NEWREZ LLC F/K/A NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING AS ATTORNEY-IN-FACT FOR U.S. BANK NATIONAL ASSOCIATION, NOT INDIVIDUALLY BUT SOLELY AS TRUSTEE FOR BLUEWATER INVESTMENT TRUST 2018-A**:

Notary Public/Official Witness:
**KATHRYN FOSTER**
NOTARY PUBLIC
COMMISSION EXP. 06/24/2029

Unofficial Witness:
**ADAM DOOLEY**, Witness

Page 1 of 1

SH80701171M - AM4 - GA

MIN: 100393220080832014
MERS PHONE: 1-888-679-6377