# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY, <br><br> Plaintiff, <br><br> v. <br><br> AMIP MANAGEMENT, LLC and RUBIN LUBLIN, LLC, <br><br> Defendants. | Case No. <br> 1:20-cv-02727-SCJ-RGV |

## CONSENT ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR AMIP MANAGEMENT TO RESPOND TO COMPLAINT

This matter is before the Court on the Parties' Joint Motion Extend the Deadline for AMIP Management, LLC to answer or otherwise respond to the Complaint. The Court finds that the Parties have shown good cause and the Motion is hereby **GRANTED**. AMIP Management, LLC has through and including **August 11, 2020**, to file its answer or other response to the Complaint.

**IT IS SO ORDERED,** this 22nd day of July, 2020.

_____
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE