IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY,<br>   Plaintiff,<br><br>v.<br><br>AMIP MANAGEMENT, LLC, *et al.*,<br>   Defendants. | CIVIL ACTION FILE NO.<br><br>No. 1:20-cv-02727-SCJ |

## ORDER

This matter appears before the Court on the final Report and Recommendation (Doc. No. [30]) issued by the Honorable Russell G. Vineyard, United States Magistrate Judge to which no objection has been filed. After reviewing the R&R and no clear error having been found, the R&R (Doc. No. [30]) is received with approval and **ADOPTED** as the Order of this Court. For the reasons stated in the R&R, Defendants' Motion to Dismiss (Doc. No. [20]) is **GRANTED** and Plaintiff Heagerty's Amended Complaint (Doc. No. [17]) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** this 12th day of May, 2021.

_____
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**