UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLENN HEAGERTY,<br><br>    Plaintiff,<br><br>v.<br><br>AMIP MANAGEMENT, LLC, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-CV-2727-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, on the Final Report and Recommendation of the Magistrate Judge and Defendants' Motion to Dismiss, and the Court having adopted said Recommendation as the Order of the Court and granted Defendants' Motion, it is

**Ordered and Adjudged** that Plaintiff Heagerty's Amended Complaint DISMISSED WITH PREJUDICE.

Dated at Atlanta, Georgia, this 12th day of May, 2021.

JAMES N. HATTEN
CLERK OF COURT

By:    *s/R. Chapman*
       Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 12, 2021
James N. Hatten
Clerk of Court

By: *s/R. Chapman*
       Deputy Clerk